UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN C. BROWN,<br><br>    Petitioner,<br><br>  v.<br><br>CHANCE ANDES,<br><br>    Respondent. | No. 2:24-cv-0742 KJM CKD P<br><br><br>ORDER |

  Petitioner has filed a motion for an extension of time to file an opposition to respondent's motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

  1. Petitioner's motion for an extension of time (ECF No. 11) is granted; and

  2. Petitioner is granted thirty days from the date of this order in which to file an opposition to respondent's motion to dismiss. Failure to comply with this order will result in a recommendation that this action be dismissed under Rule 41(b) of the Federal Rules of Civil Procedure.

Dated: June 10, 2024

*/s/ Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
brow0742.36