UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN C. BROWN,<br><br>    Petitioner,<br><br>    v.<br><br>CHANCE ANDES,<br><br>    Respondent. | No.  2:24-cv-0742 DC CKD P<br><br>ORDER |

      Petitioner is a California prisoner proceeding pro se with an application for a writ of habeas corpus under 28 U.S.C. § 2254.  On May 21, 2024, respondent moved to dismiss certain claims.  In response to the motion, petitioner seeks leave to amend, omitting the challenged claims, and has submitted a proposed amended petition.  Respondent does not oppose petitioner's request for leave to amend.

      Good cause appearing, IT IS HEREBY ORDERED that:

      1.  Petitioner's request for leave to file an amended petition for writ of habeas corpus is granted.  Petitioner's original petition (ECF No. 1) is dismissed.

      2. Respondent is directed to file an answer to petitioner's amended habeas petition (ECF No. 13) within sixty days.  See Rule 4, 28 U.S.C. foll. § 2254.  An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the amended petition. See Rule 5, 28 U.S.C. foll. § 2254.

3. Petitioner's reply, if any, shall be filed and served within thirty days after service of the answer.

4. Respondent's motion to dismiss (ECF No. 10) is denied as moot.

Dated: January 2, 2025

*/s/ Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
brow0742.100(2)