IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHAWN C. BROWN,** | Case No. 2:24-cv-0742-DC-CKD |
| Petitioner, | **ORDER** |
| v. | |
| **CHANCE ANDES, Warden,** | |
| Respondent. | |

Good cause being shown, Respondent's motion to enlarge time to file an answer is **GRANTED**. Respondent shall file and serve an answer on or before **April 2, 2025**. Petitioner shall file and serve a traverse within thirty days after service of the answer.

**IT IS SO ORDERED**.

Dated: March 5, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE