IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHAWN C. BROWN,**<br><br>Petitioner,<br><br>v.<br><br>**CHANCE ANDES, Warden,**<br><br>Respondent. | Case No. 2:24-cv-0742-DC-CKD<br><br>**ORDER** |

**GOOD CAUSE APPEARING**, it is hereby ordered that respondent's motion that exhibits 27-32 in support of respondent's answer be filed under seal is granted. Those documents, and the motion itself shall be filed under seal.

Dated: April 8, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE