UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN C. BROWN,<br><br>        Petitioner,<br><br>   v.<br><br>CHANCE ANDES,<br><br>        Respondent. | No.  2:24-cv-0742 DC CKD P<br><br><br>ORDER AND<br><br>FINDINGS AND RECOMMENDATIONS |

Petitioner is a California prisoner proceeding pro se with a petition for a writ of habeas corpus under 28 U.S.C. § 2254.  Respondent filed an answer on April 2, 2025.  Petitioner has not filed a reply.  Instead, petitioner asks that the court stay this matter so that petitioner can present additional claims in California courts which he would raise here if denied.  Respondent opposes the request for a stay.

Good cause appearing, the court will recommend that the motion for stay be granted pursuant to Kelly v. Small, 315 F.3d 1063 (9th Cir. 2002).  Once plaintiff has exhausted state court remedies, he may either proceed on the claims before the court or file a motion for leave to amend.  By granting a stay, the court makes no representation that any claims not presently before the court are timely.  Petitioner should understand that respondent is free to challenge any new claims as being barred by the applicable statute of limitations.

/////

1

The court notes that petitioner filed a request for an extension of time to file a reply to respondent's opposition to petitioner's motion for a stay. As the reply was timely filed, the request for an extension of time will be denied as unnecessary.

In accordance with the above, IT IS HEREBY ORDERED that petitioner's request for an extension of time (ECF No. 27) is DENIED as unnecessary.

IT IS HEREBY RECOMMENDED that:

1. Petitioner's motion for a stay (ECF No. 25) be granted; and

2. This matter be stayed pending exhaustion of state court remedies.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Any response to the objections shall be served and filed within fourteen days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: October 14, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
brow0742sty