UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN C. BROWN,<br><br>  Petitioner,<br><br>  v.<br><br>CHANCE ANDES,<br><br>  Respondents. | No. 2:24-cv-00742-DC-CKD (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 25, 29) |

Petitioner Shawn C. Brown, a state prisoner proceeding *pro se*, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 14, 2025, the magistrate judge filed findings and recommendations herein, which were served on the parties and contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. (Doc. No. 29.) The parties have not filed objections to the findings and recommendations, and the time to do so has passed.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed on October 14, 2025 (Doc. No. 29) are ADOPTED IN FULL;
2. Petitioner's motion for request of stay and abeyance (Doc. No. 25) is GRANTED;
3. This case is STAYED and held in abeyance pending exhaustion of state court remedies;
4. Petitioner is directed to file a status report within ninety (90) days of the date of entry of this order, and every 90 days thereafter, advising the court of what steps he has taken to exhaust his claims in state court;
5. Within thirty (30) days after the state court issues a final order resolving the unexhausted claims, Petitioner shall file a motion to lift the stay and, if he wishes to pursue newly exhausted claims in this federal habeas action, Petitioner shall also file a second amended federal petition setting forth all exhausted claims; and
6. This action is referred back to the magistrate judge for proceedings consistent with this order.

IT IS SO ORDERED.

Dated:  **January 6, 2026**

Dena Coggins
United States District Judge